# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 16-31077
Summary Calendar

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CARLOS TRAMELL RUSSELL,

Defendant-Appellant

————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:16-CR-71-1

————

United States Court of Appeals
Fif h Circuit

**FILED**

May 26, 2017

Lyle W. Cayce
Clerk

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Carlos Tramell Russell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Russell has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Russell's response. We concur with counsel's assessment that the appeal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-31077

presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.